**James VANG, Petitioner—Appellant,**

v.

**Jon OZMIT, Director of SCDC; Warden of Perry Correctional Institution, Respondents—Appellees.**

No. 09–7088.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 14, 2010.

Decided: Feb. 17, 2010.

James Vang, Appellant Pro Se. Donald John Zelenka, Deputy Assistant Attorney General, Alphonso Simon, Jr., South Carolina Attorney General's Office, Columbia, South Carolina, for Appellee.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Vang seeks to appeal the district court's order overruling Vang's objections to the magistrate judge's order denying his "Motion in Abeyance and/or Stay of Habeas Corpus." This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Vang seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Vang's motion for stay pending appeal and dismiss the appeal for lack of jurisdiction. Vang's motion for a certificate of appealability is denied as unnecessary. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*